PEOPLE v. McCOLLUM

Appeal from Recorder's Court of Detroit, Joseph A. Gillis, J. Submitted Division 1 May 5, 1970, at Detroit. (Docket No. 8,316.) Decided July 2, 1970.

John A. McCollum was convicted, on his plea of guilty, of attempted armed robbery. Defendant appeals. Affirmed.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Dominick R. Carnovale,* Chief, Appellate Department, and *Arthur N. Bishop,* Assistant Prosecuting Attorney, for the people.

*Raymond L. Miller,* for defendant on appeal.

Before: LESINSKI, C. J., and V. J. BRENNAN and O'HARA,* JJ.

PER CURIAM. The defendant pleaded guilty to attempted robbery armed** and appeals. The people have filed a motion to affirm pursuant to GCR 1963, 817.5(3).

A review of the briefs and record in this case make it manifest that the questions sought to be reviewed are so insubstantial as to need no argument or formal submission. Accordingly, the motion to affirm is granted.

---

* Former Supreme Court Justice, sitting on the Court of Appeals by assignment pursuant to Const 1963, art 6, § 23 as amended in 1968.

** MCLA § 750.529 (Stat Ann 1970 Cum Supp § 28.797).